**Electronically Filed
Supreme Court
SCPW-24-0000391
20-AUG-2024
08:02 AM
Dkt. 11 ORD**

SCPW-24-0000391

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

CHRIS SLAVICK,
Petitioner,

vs.

FIRST CIRCUIT COURT, STATE OF HAWAIʻI,
Respondent.

_____

ORIGINAL PROCEEDING
(CASE NO. 1CPN-22-0000007)

<u>ORDER DENYING MOTION</u>
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Upon consideration of Petitioner's "Motion to Notify of Violations of Constitutional Rights" (Motion), filed on August 13, 2024, and the record of this case and CAAP-20-0000076, to the extent Petitioner's Motion seeks reconsideration of this court's July 29, 2024 order denying the petition for writ of mandamus, Petitioner's Motion is denied. This court has not overlooked or misapprehended points of law or fact. <u>See</u> Hawaiʻi Rules of Appellate Procedure Rule 40(b) (2023).

To the extent the Motion seeks relief from this court based on the assertion that Petitioner was not provided a copy of the Intermediate Court of Appeals' Summary Disposition Order in CAAP-20-0000076, Petitioner may raise the argument in an application for writ of certiorari that seeks review of the Summary Disposition Order and Judgment on Appeal filed in CAAP-20-0000076.  We do not address this argument at this time.

DATED:  Honolulu, Hawaiʻi, August 20, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens